# UNITED STATES DISTRICT COURT
## for the District of New Jersey

United States of America

v.

Robert Arellano
_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 18-683 (PGS)

IT IS ORDERED on this 15th day of Nov, 2018 that the release of the defendant is subject to the following conditions:
(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

Bail be fixed at $ 40,000 and the defendant shall be released upon:

(✓) Executing an unsecured appearance bond ( ) with co-signor(s)_____;
( ) Executing a secured appearance bond ( ) with co-signor(s)_____,
and ( ) depositing in cash in the registry of the Court _____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at _____.
Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

### Additional Conditions of Release

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
(✓) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant shall be released into the third party custody of _____
   *who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: _____ Date: _____

(✓) The defendant's travel is restricted to (✓) New Jersey ( ) Other Albuquerque, NM for Court Visits unless approved by Pretrial Services (PTS).

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
    *Custodian*             *Date*

( ☒ ) (7) The defendant must:
   ( ☒ ) (a) submit to supervision by and report for supervision to the US PRETRIAL OFFICER AS DIRECTED telephone number _____, no later than _____
   ( ☐ ) (b) continue or actively seek employment.
   ( ☐ ) (c) continue or start an education program.
   ( ☐ ) (d) surrender any passport to: _____
   ( ☐ ) (e) not obtain a passport or other international travel document.
   ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: TRAVEL RESTRICTED TO NEW MEXICO WITH TRAVEL TO NEW JERSEY FOR COURT APPEARANCES AND ATTORNEY VISITS
   ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: NO CONTACT WITH CO-DEFENDANTS AND OR WITNESSES IN THIS MATTER
   ( ☒ ) (h) get medical or psychiatric treatment: MENTAL HEALTH ASSESSTMENT/TREATMENT/COUNSELING AS ORDERED BY SUPERVISING OFFICER
   ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
   ( ☒ ) (l) not use alcohol ( ☒ ) at all ( ☐ ) excessively.
   ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ☒ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☒ ) (i) **Curfew.** You are restricted to your residence every day ( ☒ ) from 8 AM to 6 PM, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   ( ☒ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   ( ☐ ) (s) _____

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Albuquerque, New Mexico
_____
*City and State*

## Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11/15/18

_____
*Judicial Officer's Signature*

Hon. Peter G. Sheridan, USDJ
_____
*Printed name and title*

(REV. 1/09) PAGE 3 OF 3