UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Crim. No. 17-51 & 18-683
v. :
: ORDER OF DISMISSAL of
: COMPASSIONATE RELEASE
ROBERT ARELLANO : MOTION
:

UPON application of defendant Robert Arellano, (by John H. Yauch, Assistant Federal Public Defender) for a dismissal of the compassionate release application filed by defendant given the fact that the Bureau of Prisons has released Mr. Arellano who is now being supervised by the U.S. Probation Office,

IT IS on this 14 of September, 2020

HEREBY ORDERED that the aforesaid motion seeking Compassionate Release be dismissed without prejudice.

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE